UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDREW M. SMIGELSKI,

    Plaintiff,

  v.

    :

Case No. 2:25-cv-1342
Judge Sarah D. Morrison

AMAZON.COM, INC., *et al.*,

    Defendants.

    :

## ORDER

The Honorable Sarah D. Morrison hereby recuses herself from the above-styled case. The case is to be transferred to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**