A S <smigelski.andy@gmail.com>

---

## Case update
2 messages

---

**A S** <smigelski.andy@gmail.com>                                        Sun, Jan 18, 2026 at 1:45 AM
To: Demands Admin 7 <DemandsAdmin7@dwt.com>

Hey I just wanted to send you an update on the case - the Magistrate Judge's report and recommendation is still calling this frivolous and farfetched. I know you/Amazon are aware that that's not the case. I just wanted to let you know before I have to do a substantial evidentiary filing to keep this case alive.

For the record, I'm not saying Andy Jassy personally ordered this (unless discovery would show otherwise, which personally I do not believe at this point).

I think you probably know the truth and circumstances possibly even better than I do, since I sent the email in October detailing what was happening.

Attached is the report and recommendation for your consideration, sorry i got the case number wrong in the title, that's the case it'll get merged with if she doesn't go for the separation argument either.

Thanks,

Andy

---

 **Report and recommendation 11826 225-cv-01013 Smigelski.pdf**
202K

---

**A S** <smigelski.andy@gmail.com>                                        Thu, Jan 22, 2026 at 7:38 PM
To: Demands Admin 7 <DemandsAdmin7@dwt.com>

Hello, this is my formal request for a response to you. They have been issuing false NSL's in this case left and right. If you are able, please clarify that you have not received one.

Thank you

Andrew

[Quoted text hidden]